IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  CASE No. 3:09cr46-LAC

CHARLES W. MORRIS
 a/k/a Charlie Morris

## ORDER OF FORFEITURE

WHEREAS, on August 11, 2009, the Court, pursuant to Rule 32.2 (b)(1) of the Federal Rules of Criminal Procedure determined that the Defendant committed money laundering offenses involving $194,002.00 as alleged in Counts 4 and 5 of the Indictment, for which the Defendant has been convicted, and

WHEREAS, the United States has filed a Notice of Intent to Seek an Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of $194,002.00, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States the sum of $194,002.00 pursuant to Title 18, United States Code, Section 982(a)(1-4) and Title 28 United States Code, Section 2461(c).

IT IS FURTHER ORDERED that the United States District court shall retain jurisdiction in the case for the purpose of enforcing the Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $194,002.00 to satisfy the money judgment in whole or in part; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, Northern District of Florida, Attention: Assistant U.S. Attorney Randall J. Hensel.

DONE AND ORDERED this 11th day of August, 2009.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR U.S. DISTRICT JUDGE