**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                            CASE NO. 3:09cr46 LAC

CHARLES W. MORRIS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    October 6, 2009
Motion/Pleadings:   MOTION TO ALLOW CLERK TO RECEIVE FUNDS FOR RESTITUTION and CERTIFICATE OF CONFERENCE
Filed by GOVERNMENT    on   9/16/09 & 10/05/09   Doc.# 79 & 89

RESPONSES:

                                            on                 Doc.#
                                            on                 Doc.#

\_\_\_\_\_ Stipulated    \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed    \_\_\_\_\_ Consented

                                     WILLIAM M. McCOOL, CLERK OF COURT

                                   *s/Mary Maloy*
LC (1 OR 2)                          Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 7th day of October, 2009, that:*

*(a) The relief requested is* **GRANTED.**

*(b)* _____

                                                    *s/L.A. Collier*
                                                  ***LACEY A. COLLIER***
                          ***Senior United States District Judge***

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.