UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff

vs.                                             Case No. 3:09CR00046-LAC

**CHARLES W. MORRIS**

        Defendant
_____/

## ORDER

This matter is before the Court on Doc. 79, Motion to Allow Clerk to Receive Funds for Restitution, filed by the United States of America. It is hereby

**ORDERED AND ADJUDGED:**

1. The Clerk of the Court of the Northern District of Florida shall receive the $30,187.00 seized from the defendant and that is in custody of the Internal Revenue Service (IRS) and is being held in the United States Customs Suspense Account.

2. The $30,187.00 will be used as partial restitution payment to victims, as identified in Doc 71, Amended Judgment in a Criminal Case, dated August 11, 2009.

**DONE AND ORDERED** this 7th day of October, 2009.

                                              *s/L.A. Collier*
                                              LACEY A. COLLIER
                                              Senior United States District Judge